**RECEIVED**

NOV - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO: 11-00024-01 |
| VERSUS | JUDGE DOHERTY |
| TYLER ARCENEAUX | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING & ORDER

Currently pending before the Court is defendant, Tyler Arceneaux's Pro Se Motion, "Requesting Amendment of Judgment Order dated March 28, 2012 by Judge Richard T. Haik." [Doc. 51]   Defendant filed a similar request on May 16, 2016 [Doc. 48]  which was addressed and ruled on by this Court on September 28, 2016 [Doc. 50].  The defendant is again seeking credit for time served from October 22, 2010 until March 26, 2012.

Judge Richard T. Haik, Sr. sentenced the defendant on March 28, 2012 to 121 months of imprisonment.  At that time, Judge Haik stated the defendant was to be given credit for time served.  This Court notes, "The attorney general, through the Bureau of Prisons (BOP), determines what credit, if any, will be awarded to prisoners for time spent in custody prior to the commencement of their federal sentences." Leal v. Tombone, 341 F. 3d 427, 428 (5th Cir. 2003).  Thus calculation of credit for time served is within the purview of BOP, and BOP is under no obligation to follow the Court's *recommendation* as to the manner of calculation of credit for time served.

As to defendant's request that this Court modify Judge Haik's prior judgment of conviction, the request is denied. Fed. R. Cr. P. 35(a) provides in pertinent part as follows: "Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."  More than

14 days have now passed since sentencing defendant, thus, this Court can not issue the order requested.

Accordingly, the Motion Requesting Amendment of Judgment  [Doc. 51] is **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana this _____1st_____ day of November, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE